1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA FELICIA TAYLOR, | ) NO. EDCV 11-1207-JSL (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| GWENDOLYN MITCHELL, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: Aug. 23, 2012

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE